# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CIVIL DOCKET FOR CASE #: 2:07-cv-00745-JCC
# Internal Use Only

Monk v. Menu Foods
Assigned to: John C Coughenour
Cause: 28:1332 Diversity-Contract Dispute

Date Filed: 05/15/2007
Jury Demand: None
Nature of Suit: 195 Contract Product Liability
Jurisdiction: Diversity

**Plaintiff**

**Paula Monk**
*individually and on behalf of all others similarly situated*

represented by **Jeniphr A.E. Breckenridge**
HAGENS BERMAN LLP
1301 5TH AVE
STE 2900
SEATTLE, WA 98101
206-623-7292
Fax: 206-623-7292
Email: jeniphr@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael David Myers**
MYERS & COMPANY
1809 7TH AVE
STE 700
SEATTLE, WA 98101
206-398-1188
Fax: FAX 398-1189
Email: mmyers@myers-company.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 5TH AVE
STE 2900
SEATTLE, WA 98101
206-623-7292
Email: steve@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

Dockets.Justia.com

**Defendant**

**Menu Foods**
*a foreign corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2007 | 1 | COMPLAINT against defendant Menu Foods (NO Summons(es) issued)(Receipt # SEA 9367), filed by Paula Monk. (Attachments: # 1 Civil Cover Sheet)(PM, ) (Entered: 05/18/2007) |
| 06/21/2007 | 2 | MINUTE ENTRY setting status conference: The attorney who will be responsible for trying the case should attend the conference and be prepared to discuss the following matters at the conference: **1.** The nature of the case, **2.** The status of matters which are presently set before the Court, e.g., hearings, motions, etc., **3.** The status of discovery and a time schedule for its completion, **4.** A statement of any legal issues about which motions are contemplated and a possible briefing schedule, **5.** An estimate of the number of days needed for trial, **6.** Whether the case is jury or non-jury, **7.** The date by which the case will be ready for trial, and **8.** Settlement probabilities. Counsel for all parties are required to appear at the conference. If counsel office is outside of Seattle, arrangements can be made for telephonic participation in the conference. If counsel wish to make such arrangements, they should contact Julie Mahnke, Deputy Clerk at 206-370-8805. COUNSEL FOR THE PLAINTIFF IS DIRECTED TO NOTIFY ALL PARTIES OF THE DATE AND TIME OF THE SCHEDULED CONFERENCE. Status Conference set for 9/11/2007 at 09:00 AM before John C Coughenour. (JM, ) (Entered: 06/21/2007) |
| 06/21/2007 | 3 | ORDER REGARDING DISCOVERY AND DEPOSITIONS by Judge John C Coughenour. (JM, ) (Entered: 06/21/2007) |

I hereby certify that the attached is a true and correct copy of the docket on file at the Western District of Washington

BRUCE RIFKIN, Clerk

By __S/Rhonda Stiles__
     Deputy Clerk